UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| QUANTUM RESEARCH GROUP (QRG, LTD) )<br>  )<br>Plaintiff )<br>v.  )<br>  )<br>APPLE COMPUTER COMPANY, INC )<br>CYPRESS SEMICONDUCTOR CORP )<br>CYPRESS MICROSYSTEMS and )<br>FINGERWORKS, INC., )<br>  )<br>Defendants )<br>  ) | Civil Action No.<br><br>1:05-CV-03408-WMN |

**QUANTUM'S PROPOSED CLAIM TERMS FOR CONSTRUCTION**

Quantum, pursuant to the scheduling order, hereby identifies the following claims terms that Quantum believes may need construction by the Court if the parties do not reach agreement. The asserted claims are claims 42 - 46 and 49 - 62. This document is an identification of terms which may be in dispute and a brief indication of Plaintiff's asserted meaning. This is not intended as Plaintiff's complete position on claim construction.

It is Plaintiff's position that the words of the claims should be given there ordinary meaning and afforded a full range of equivalence. The inventor neither used, implied nor intended any special or uncommon meanings of any of the words used throughout the patent. The terms in this particular area of art are well defined. Plaintiff does however specifically reserve the right o dispute any special meaning which may be asserted by any Defendant, and reserves the right to present any rebuttal evidence, including any intrinsic and/or extrinsic evidence that contradicts or rebuts any proposed construction of the claim, including, but not

1

limited to, expert testimony, inventor testimony, dictionary definitions and citations to learned treatises, as permitted by law.

Plaintiff asserts the following plain meanings are proper for the following elements of the claims:

CLAIM 1:

a) setting an output of a charge detector to a first predetermined voltage, the charge detector comprising *filter means*;

    filter means:

The filter means allows the charge detector to accumulate voltage over a number of discharge cycles of the plate so that a controller can take readings of the voltage after each cycle if desired, the detector can make logical decisions prior to or after a fixed set of cycles, a threshold or based upon a "combination" of cycles and "algorithmic processes".  see:

> Alternatively, the controller 52 can take a reading after each individual cycle of the discharging switch 50, and then integrate (or otherwise *filter*) the readings over a number of cycles prior to making a logical decision resulting in a control output. Also, as will be understood by those skilled in the art, various combinations of signal integration cycles by the charge detector 56 and by internal algorithmic processes in the controller 52 may be used. (column 6, lines 55 - 62)

e) reading an output of the charge detector as *a representation of the capacitance of the plate*.

    The step of reading can be done after each cycle: see

> Alternatively, the controller 52 can take a reading after each individual cycle of the discharging switch 50, (column 6, line 55)

    The step of reading can be done after a predetermined number of cycles.  see:

> The charge-discharge process can be repeated numerous times, in which case the charge measurement means 56 aggregates the charge from the plate 12 over several operating cycles. After a predetermined number of cycles of charge and discharge, the charge detector 56 is examined for total final charge by the controller 52, . . . (column 6, lines 42 - 47)

The *representation* can be the total charge after a number of cycles. see:

> The charge-discharge process can be repeated numerous times, in which case the charge measurement means 56 aggregates the charge from the plate 12 over several operating cycles. After a predetermined number of cycles of charge and discharge, the charge detector 56 is examined for total final charge by the controller 52, . . . (column 6, lines 42 - 47)

The *representation* can be each cycle. see:

> At the end of the charging interval the discharging switch 50, which is preferably controlled by a microprocessor 52 via a control line 54, closes briefly. This rapidly discharges the sensing plate 12 into a charge detector 56, the amount of charge so transferred being representative of the capacitance of the sensing plate 12.  (column 6, line 36 - 42)

The *representation* can be a combination or a threshold or other logical decision. see:

> Alternatively, the controller 52 can take a reading after each individual cycle of the discharging switch 50, and then integrate (or otherwise filter) the readings over a number of cycles prior to making a logical decision resulting in a control output. Also, as will be understood by those skilled in the art, various combinations of signal integration cycles by the charge detector 56 and by internal algorithmic processes in the controller 52 may be used. (column 6, lines 55 - 62)

CLAIM  44:

44. The method of claim 43 further comprising a third additional step intermediate the first and the second additional steps of waiting a predetermined ***switch crossover interval***, the switch crossover interval shorter than the subsequent discharging interval.

switch crossover interval - is the time necessary to allow the charging switch to fully open, thereby disconnecting the voltage source before the discharging switch is closed. see:

> Turning now to FIG. 6 of the drawing, one finds a timing diagram depicting a preferred mode of closing and opening the charging 62 and discharging 50 switches in sequence.  . . . at which the charging switch 62 disconnects the plate 12 from the source of DC voltage 46. After a brief delay (t3 -t2), which may be a few nanoseconds, and which is chosen to prevent switch crossover conduction, the discharging switch 50 (shown in waveform 74) closes . . . (column 7, lines 50 - 64)

CLAIM 46:

46. The method of claim 45 further comprising a step subsequent to step c), but prior to step h) of waiting for an interval of pseudo-random duration.

>pseudo-random refers to the implementation of signal pulse offset to avoid interference with between different sensing plates.  see:

>>An additional advantage of the invention is that it permits multiple units to be employed in near proximity without cross interference. This favorable result arises because the pulse density is so low. Pulse spacings can be made ***pseudo-random*** or simply different so as to avoid interference. The probability of two single pulses from adjacent ones of the preferred sensor occurring at the same instant is about 100 nsec/10 msec or 1 chance in 100,000. Even if multiple pulse bursts having 50 pulses per burst are used, the odds are 1 in 2,000. Assuming a `direct hit` between two adjacent units, software algorithms can completely ignore the singular false data point (e.g., with a median filter).  (column 10, line 45 - 56)

>None of the remaining claim language is believed to require any interpretation.

Respectfully submitted

        /s/ Joseph  J. Zito
Joseph J. Zito (5,640)
1250 Connecticut Ave., NW Suite 200
Washington, DC 20036
Tel: (202) 466-3500
Fax: (301) 576-3531
Attorney for Plaintiff